**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-1766

EUGENE GRAY,

Plaintiff - Appellant,

versus

CHESTERFIELD-COLONIAL HEIGHTS DEPARTMENT OF
SOCIAL SERVICES,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge. (CA-98-8)

Submitted:  September 30, 1998       Decided:  October 14, 1998

Before ERVIN, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eugene Gray, Appellant Pro Se.  Steven Latham Micas, County Attorney, Michael Steven Jonas Chernau, COUNTY ATTORNEY'S OFFICE, Chesterfield, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eugene Gray appeals the district court's order dismissing his defamation and various constitutional violations claims. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Gray v. Chesterfield-Colonial Hgts. Dep't of Soc. Servs.</u>, No. CA-98-8 (E.D. Va. Apr. 24, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>